AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
U.S. MARSHAL
2020 FEB 20 PM 2:49
N/IA
CEDAR RAPIDS

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Brandon Paul Kirstein<br>*Defendant* | )<br>)<br>) Case No. 20-CR-00017<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Brandon Paul Kirstein, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

Date: Feb. 20, 2020

_____
Issuing officer's signature

City and state: Cedar Rapids, Iowa

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

### Return

Suspect arrested by Cedar Co SO

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

on 2/29/2020 in the Northern District of Iowa

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

USMS Signature