IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20-CR-17-CJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | GOVERNMENT'S MOTION |
| | ) | FOR LEAVE TO FILE SENTENCING |
| BRANDON KIRSTEIN, | ) | MEMO AND BRIEF UNDER SEAL |
| | ) | |
| Defendant. | ) | (UNRESISTED) |

Pursuant to Local Rule 5(c), the government files its motion for leave of court to file its sentencing memorandum and exhibits under seal, and in support of this motion states as follows:

1.      The government's sentencing memorandum is due today, February 4, 2021.

2.      The government seeks to file its sentencing memo and brief under seal, as they will contain confidential information.

3.      The government has contacted defense counsel, who has no objection to the filing of the government's sentencing memorandum and brief under seal.

Respectfully submitted,

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ HAD

Copy to: Andrea Jaeger and Eric Tindal

PETER E. DEEGAN, JR.
United States Attorney

By: s/ Liz Dupuich

LIZ DUPUICH
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa  52401
(319) 363-6333 / (319) 363-1990 (fax)
Elizabeth.Dupuich@usdoj.gov