UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 20-cr-00017 |
| vs. | ) |
| BRANDON PAUL KIRSTEIN, | ) **MOTION FOR LEAVE TO SEAL CERTAIN EXHIBTS FILED WITH DOCKET ENTRY 49** |
| Defendant. | ) |

COMES NOW Defendant Brandon Paul Kirstein, by and through his attorneys Andrea D. Jaeger and Eric D. Tindal of Keegan, Tindal, & Jaeger, and for his Motion for Leave to Seal Certain Exhibits filed with Docket Entry 49, states as follows:

1. Defendant's Sentencing Exhibits were filed on February 4, 2021 as Docket Entry No. 49.

2. The undersigned has been advised by the Clerk's Office that Exhibits B, C, E and I were filed with addresses unredacted.

3. Defendant requests leave to file Exhibits B, C, E and I under seal.

WHEREFORE, Defendant respectfully requests that his Motion for Leave to File under Seal be granted and that authorization be given to file those exhibits under seal.

    Respectfully submitted,

    */s/ Andrea D. Jaeger*
    Andrea D. Jaeger
    Keegan, Tindal, and Jaeger
    2322 E. Kimberly Rd., Ste. 140S
    Davenport, IA 52807
    Telephone: (319) 887-6900/563-355-6060
    Facsimile: (319) 688-2754
    Email: andrea@keeganlegal.com

Eric D. Tindal
Keegan, Tindal, and Jaeger
103 East College Street, Suite 312
Iowa City, IA 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: eric@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on February 5, 2021, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Jaeger*