# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON KIRSTEIN, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 20-CR-17<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Nathan Peterson<br>Official Court Record: Patrice Murray Contract? No<br>Contact Information: Patrice_murray@iand.uscourts.gov |

| Date: | 2/8/2021 | Start: | 9:02 AM | Adjourn: | 9:43 AM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | --- | | | | Time in Chambers: | --- | | Telephonic? | No |
| Appearances: | Plaintiff: | AUSA Liz Dupuich | | | | | | | |
| | Defendant: | Andrea Jaeger (defendant appears personally) | | | | | | | |
| | U.S. Probation: | Pat Korth | | | | | | | |
| | Interpreter: | --- | | Language: | --- | Certified: | --- | Phone: | --- |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | 5, 7, 20 by defendant | | | Ruling: | Not reached |
| | Motions to vary/depart: | Downward variance by defendant | | | Ruling: | Denied |
| | Count(s) dismissed: | --- | | | | |
| | Sentence (See J & C): | 135 months imprisonment | | | | |
| | | Fine: | --- | | Special assessment: | $100 |
| | | Supervised Release: | 4 years | | | |
| | | Court's recommendations (if any): | It is recommended that you be designated to a Bureau of Prisons facility in close proximity to your family which is commensurate with your security and custody classification needs.<br><br>It is recommended that you participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program. | | | |
| | Defendant is | Detained | X Released | and shall report | --- | |
| | **Witness/Exhibit List is** | Def. offers Ex. A–I, without objection. Court admits Ex. A–I (Doc. 49). | | | | |
| | colspan="6" | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7). |
| | **Miscellaneous:** | Court grants gov't motion for reduction in offense level for timely acceptance of responsibility.<br><br>After accounting for agreement between parties, advisory guidelines recommend 135–168 months imprisonment.<br><br>Parties make argument regarding ultimate sentence.<br><br>Defendant exercised his right to allocution and was advised of his right to appeal. | | | | |

Page **1** of 1